**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| MARK REED WASHBURN | § | CASE NO. 12-10158-rlj13 |
| KRISTA LU WASHBURN | § | |
| DEBTORS | § | CHAPTER 13 |
| | § | |

**DEFAULT ORDER TERMINATING AUTOMATIC STAY**
**(RELATED TO DOCKET ENTRY #        )**

CAME ON before the Court for consideration the Motion for Relief from Stay

("Motion") filed by Ocwen Loan Servicing LLC ("Ocwen") as servicing agent for

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE

REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST

2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC3

("Noteholder"), its successors in interest and assigns. The Court finding, based on the

representations of counsel for Ocwen, that the Chapter 13 Trustee has expressed no opposition to the Motion; that no other party has appeared in opposition to the Motion and that the deadline to oppose the motion has passed, it is accordingly:

ORDERED that the automatic stay of 11 U.S.C. §362 is terminated as to the Property legally described as:

BEING 2.00 ACRE TRACT OF LAND OUT OF A 16.668 ACRE TRACT THE REMAINDER OF A 23.72 ACRE TRACT RECORDED IN VOLUME 1897, PAGE 99, DEED RECORDS OF TAYLOR COUNTY, TEXAS, OUT OF THE R. ORTIZ SURVEY OF TAYLOR COUNTY, TEXAS, SAID 2.00 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: BEGINNING AT A SET 3/8" REBAR AT THE NORTHEAST CORNER OF A 0.314 ACRE EASEMENT AS SET FORTH BY A PLAT OF A SUBDIVISION OF SAID 23.72 ACRE TRACT RECORDED AS EXHIBIT A IN THE DIVORCE DECREE OF EZEQUIEL G. RAMOS AND KRISTA LU RAMOS ON FILE IN THE OFFICE OF THE COUNTY CLERK OF TAYLOR COUNTY, TEXAS, AND THE SOUTHEAST CORNER OF TRACT 6 OF SAID SUBDIVISION WHENCE A RECOVERED 1/2" REBAR AT THE SOUTHWEST CORNER OF SAID 23.72 ACRE TRACT BEARS S 14^58'33"E 39.84 FEET AND S 75^01'27" W 342.85 FEET; THENCE N 14^58'33"W 181.90 FEET ALONG THE EAST LINE OF SAID TRACT 6 TO A SET 3/8" REBAR AT THE NORTHEAST CORNER OF SAID TRACT 6 FOR THE NORTHWEST CORNER OF THIS TRACT; THENCE N 75^01'27" E, 478.94 FEET PARALLEL TO THE SOUTH LINE OF SAID 23.72 ACRE TRACT TO A SET 3/8" REBAR FOR THE NORTHEAST CORNER OF THIS TRACT; THENCE S 14^58'33" E, 181.90 FEET PARALLEL TO THE EAST LINE OF SAID TRACT 6 TO A SET 3/8" REBAR FOR THE SOUTHEAST CORNER OF THIS TRACT WHENCE A RECOVERED 3/8" REBAR AT THE SOUTHEAST CORNER OF SAID 23.72 ACRE TRACT BEARS S 14^58'33" E 39.48 FEET AND N. 75^01'27" E, 359.58 FEET; THENCE S 75^01'27" W 478.94 FEET ALONG THE NORTH LINE OF AN EXTENSION OF SAID 0.315 ACRE EASEMENT SAID EXTENSION BEING MORE PARTICULARLY DESCRIBED BELOW, TO THE POINT OF BEGINNING AND CONTAINING 2.00 ACRES OF LAND, MORE OR LESS. EXTENSION DESCRIPTION: BEGINNING AT A POINT THE SOUTHEAST CORNER OF THE

ABOVE MENTIONED 0.315 ACRE EASEMENT WHENCE A RECOVERED 1/2" REBAR AT THE SOUTHWEST CORNER OF THE ABOVE MENTIONED 23.72 ACRE TRACT BEARS S 75^01'27"W, 342.88 FEET; THENCE N 14^58'33# W, 39.48 FEET TO A SET 3/8' REBAR THE NORTHEAST CORNER OF SAID 0.315 ACRE EASEMENT AND THE SOUTHEAST CORNER OF SAID TRACT 6 AND THE SOUTHWEST CORNER OF THE ABOVE DESCRIBED 2.00 ACRE TRACT; THENCE N 75^01'27" E, 478.94 FEET ALONG THE SOUTH LINE OF SAID 2.00 ACRE TRACT TO A SET 3/8" REBAR; THENCE S 14^58'33"E, 39.48 FEET TO A POINT IN THE SOUTH LINE OF SAID 23.72 ACRE TRACT WHENCE A RECOVERED 3/8" REBAR AT THE SOUTHEAST OF SAID 23.72 ACRE TRACT BEARS N 75^01'27" E, 359.58 FEET; THENCE S 75^01'27" W, 478.94 FEET ALONG THE SOUTH LINE OF SAID 23.72 ACRE TRACT TO THE POINT OF BEGINNING AND CONTAINING 0.000 ACRES OF LAND, MORE OR LESS. THE PROPERTY IS ALSO KNOWN AS 917 COUNTY ROAD 257, ABILENE, TX 79606.

It is further ORDERED that Ocwen, its successors in interest and assigns, is free to foreclose on the Property, pursuant to applicable non-bankruptcy law.

It is further ORDERED that all communications including but, not limited to, notices required by state law, sent by Ocwen in connection with proceeding against the property may be sent directly to the Debtor.

It is further ORDERED that, based on the lack of opposition to the Motion, the ten day provision of Rule 4001(a)(3) is waived and Ocwen, its successors in interest and assigns, may immediately enforce and implement this Order.

# # #

/s/ Bret D. Allen_____
Bret D. Allen TBA# 24080762
Angel Reyes and Associates, PC
5950 Berkshire Lane Ste. 400
Dallas, Tx. 75225
Telephone (469) 341-6227