| Date Due | Due Amt | Date PD | Amt PD |
|---|---|---|---|
| 6/1/2012 | 1,349.84 | 11/2/2012 | 1572.99 |
| 7/1/2012 | 1,349.84 | 12/10/2012 | 1572.99 |
| 8/1/2012 | 1,349.84 | 1/10/2013 | 1572.99 |
| 9/1/2012 | 1,349.84 | 2/11/2013 | 1572.99 |
| 10/1/2012 | 1,572.99 | 4/29/2013 | 1572.99 |
| 11/1/2012 | | | |
| 12/1/2012 | | | |
| 1/1/2013 | | | |
| 2/1/2013 | | | |
| 3/1/2013 | | | |
| 4/1/2013 | | | |
| 5/1/2013 | | | |
| | | | |
| Total | 6,972.35 | | 7864.95 |

| | |
|---|---|
| BK Filed Date | 5/31/2012 |
| Post Next Due Date | 11/1/2012 |
| Suspense | 892.6 |

| Post Petition Deliquency | |
|---|---:|
| 11/1/2012 | 1,572.99 |
| 12/1/2012 | 1,572.99 |
| 1/1/2013 | 1,572.99 |
| 2/1/2013 | 1,572.99 |
| 3/1/2013 | 1,572.99 |
| 4/1/2013 | 1,572.99 |
| 5/1/2013 | 1,572.99 |
| | |
| Total | 11,010.93 |