IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MARK REED WASHBURN | § | CASE NO. 12-10158-rlj13 |
| KRISTA LU WASHBURN | § | |
| DEBTORS | § | CHAPTER 13 |
| | § | |

AFFIDAVIT OF AMOUNT DUE
FOR OCWEN LOAN SERVICING

"Affiant, being duly sworn, deposes and says that:

1. My name is ___Ana L. Rodriguez___, I am of sound mind, capable of making this affidavit, and am personally acquainted with the facts herein state.

2. I have access to the Bankruptcy books and records of Ocwen Loan Servicing, LLC as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2007-NC3 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC3 ("Movant").

3. Attached hereto as Exhibit "A" are 1 page(s) of the Payment History.

4. Attached hereto as Exhibit "B" is a true and correct copy of the Note.

5. Attached hereto as Exhibit "C" is a recorded copy of the Deed of Trust.

6. Attached hereto as Exhibit "D" is a recorded copy of the assignment.

7. The records summarized in the Payment History, or copies thereof, have been or will be made available to any respondent on Movant's Motion for Relief from Stay upon request.

Further Affiant sayeth not."

_____
(Affiant)   Ana L. Rodriguez
            Contract Manager

The foregoing instrument was acknowledged and sworn before me ___Nicole Boutin___ this _____ day of ___July___, 2013, by ___Ana L. Rodriguez___ as a ___Contract Manager___ of Ocwen Loan Servicing, LLC, who is Personally known to me or who has produced _____ as identification.

_____
Notary Public in and for the State of Florida.

My Commission Expires:

Notary Public State of Florida
Nicole Boutin
My Commission EE 213159
Expires 07/02/2016

## PAYMENT HISTORY
## SHOWING POST-PETITION DEFAULT(S)

| MONTHS WITH NO PMTS OR PARTIAL PMTS * | AMOUNT OF PMT [rec'd and/or <owed>] | ESCROW SHORTAGE ** |
|---|---|---|
| 11/01/2012 | $1,572.99 | |
| 12/01/2012 | $1,572.99 | |
| 01/01/2013 | $1,572.99 | |
| 02/01/2013 | $1,572.99 | |
| 03/01/2013 | $1,572.99 | |
| 04/01/2013 | $1,572.99 | |
| 05/01/2013 | $1,572.99 | |
| 06/01/2013 | $1,572.99 | |
| 07/01/2013 | $1,572.99 | |

* This should be the actual month(s) for which the full payment has not been made. The industry standard practice of crediting the most recent payment against the "oldest" missed payment should NOT be used. Rather, state the month(s) in which no payment or only a partial payment was actually made, in the form of "04-05"-i.e., month followed by year.

** Including any payments for insurance premiums or ad valorem taxes made post-petition by the creditor.

**EXHIBIT "A"**