

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 14, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: § | |
| Mark Reed Washburn § | Case No. 12-10158-RLJ-13 |
| AND § | |
| Krista Lu Washburn § | Chapter 13 |
|     DEBTOR(s) § | |

ORDER DISMISSING CHAPTER 13 CASE

    Debtors' Motion to Dismiss Chapter 13 Case came on to be heard/considered and after reviewing the pleadings and/or hearing the arguments of counsel, the Court finds the following:

1. Debtors filed a Voluntary Motion to Dismiss pursuant to U.S.C. 1307(b).
2. The Court finds that the above-referenced Chapter 13 case should be dismissed.

    IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered case is hereby dismissed.

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White, Attorney for Debtor(s)
Monte J. White & Asssociates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax
legal@montejwhite.com